CHARLES H. CROWELL, Appellant, v. LEILA E. CROWELL, Respondent.— Motion for resettlement denied. The decree as modified by this court expires by its own terms one year from its date. It is a decree of separation, and when the separation is terminated all its incidents are also terminated. (*See ante*, p. 893.) Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

PAUL DICKEY, Appellant, v. CHRISTOPHER A. GORTNER, Respondent.— Motion denied, without costs, upon the ground that the court has no jurisdiction. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

In the Matter of the Estate of DANIEL J. McGILLICUDDY, Deceased.— Motion granted, without costs. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ. Order to be settled before Mr. Justice Jaycox.

In the Matter of the Petition of THOMAS MORRIS and CATHERINE MORRIS, to Render and Settle Their Account as Executors of the Estate of CATHERINE GOREY, Deceased.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

MERRY REALTY COMPANY, INC., Appellant, v. SHAMOKIN & HOLLIS REAL ESTATE COMPANY, INC., Respondent. HARRY B. MARTIN and Others, Defendants.— Motions denied, without costs. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

GOTTLIEB OLSCHEWSKY, Respondent, v. MAX GOODMAN, Appellant.— Owing to the advanced age of the plaintiff, the motion for a stay is denied, without costs; but this is not, of course, to the prejudice of defendant's appeal from the order granting the new trial, and in moving the case for a second trial plaintiff takes the risk of the result of such appeal. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

MAX SCHEDROFSKY, Respondent, v. CHICAGO SODA WATER AND FOUNTAIN COMPANY, Appellant.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Mills, Putnam and Blackmar, JJ.

WILLIAM E. T. SMITH and Others, Respondents, v. JOHN J. BARTLETT, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Jenks, P. J., Mills, Putnam and Kelly, JJ.; Jaycox, J., not voting.

JULIA R. STEIN, Respondent, v. JACOB STEIN, Appellant.— Motion for stay denied, with ten dollars costs. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

LAURENCE TIMMONS, Respondent, v. FANNIE S. RUSSELL, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

JOHN WANAMAKER, NEW YORK, INC., and Another, Respondents, v. OTIS ELEVATOR COMPANY, Appellant. (Action No. 1.) — Motion for leave to appeal to the Court of Appeals granted. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ. Order to be settled before Mr. Justice Kelly.